IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA                )
                                         )
              v.                         )
                                         )        Case No. 1:23-mj-187
ASHER J. EDWARDS,                        )
                                         )
                                         )
              Defendant.                 )

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Officer Kyle Hudson, being duly sworn, state the following:

1.    I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in July 2022. Prior to joining SPS, I served as a Uniformed Division officer with the United States Secret Service for approximately two years.  I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2.    This affidavit is submitted in support of a criminal complaint charging ASHER J. EDWARDS with criminal trespass at the George Bush Center for Intelligence in McLean, Virginia ("CIA Headquarters"), in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on an Agency installation without proper authorization, as well as reentering or attempting to reenter a CIA installation after being instructed not to do so by an authorized person.

3.    The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation.  This affidavit contains information

1

necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4.      On Saturday, September 30, 2023, at approximately 2:00 p.m., I observed an individual walk down the inbound lane of the road connecting Route 123, which is located within the CIA Headquarters' property line in McLean, Virginia, within the Eastern District of Virginia. The individual was later identified by his California driver's license as the Defendant, ASHER J. EDWARDS. Upon approach to the main entrance of CIA Headquarters, the Defendant walked past two warning signs which read in pertinent part:

"WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION.

32 C.F.R. 1903"

5.      I was standing at the main entrance of CIA Headquarters when I saw the Defendant walking towards my position. Using a marked police vehicle, I approached the Defendant and asked him if he was an employee or had authorization to be there. The Defendant denied that he had official business at CIA Headquarters and explained that he came to provide the CIA with vital information and wanted to speak to someone about it. Officers confirmed through CIA

databases that the Defendant did not have authorization to enter an Agency installation, and then placed the Defendant under arrest.

6.     Based on the foregoing, I submit there is probable cause to believe that on September 30, 2023, within the Eastern District of Virginia, ASHER J. EDWARDS did enter an Agency installation without proper authorization, in violation of 32 C.F.R. § 1903.7(a).

_____
Officer Kyle Hudson
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me
this 2nd day of October 2023.

*William C. Fitzpatrick*
Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia